# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYLER JOHN SHULER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. CIV-22-1106-HE |
| U.S. SMALL BUSINESS ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

For the reasons stated in the separate order entered this date, this case is **DISMISSED**.

**IT IS SO ORDERED**.

Dated this 1st day of February, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE